1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  YASHAR NILCHIAN
   Special Assistant U.S. Attorney
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone (559) 497-4000

8               UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,    )   CASE NO. 1:11-cr-00382-GSA-1
                                 )
12             Plaintiff,        )   STIPULATION TO CONTINUE STATUS
                                 )   CONFERENCE HEARING; ORDER
13  v.                           )
                                 )   DATE:    January 5, 2012
14  GABRIEL OLMOS,               )   TIME:    10:00 a.m.
                                 )   COURT:   TBA
15             Defendant.        )
                                 )   [Class A Misdemeanor]
16  ─────────────────────────────)

18     **IT IS HEREBY STIPULATED** by and between the parties through their
19  respective counsel, Special Assistant United States Attorney Yashar
20  Nilchian, Counsel for Plaintiff, and Assistant Federal Defender Samya
21  Burney, Counsel for Defendant Gabriel Olmos, that the status
22  conference currently set for Thursday, December 22, 2011, at
23  10:00 a.m., **may be continued to Thursday, January 5, 2012, at**
24  **10:00 a.m. before the duty Magistrate.**
25     This stipulation is proposed by both parties to allow for the
26  government to obtain additional discovery and to allow for additional
27  defense preparation.  The requested continuance will conserve time
28  and resources for both counsel and the court.

                                    1   STIPULATION TO RESCHEDULE STATUS CONFERENCE
                                        U.S. v. OLMOS

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 13, 2011    By    /s/ Yashar Nilchian
                                  YASHAR NILCHIAN
                                  Special Assistant U.S. Attorney


DANIEL J. BRODERICK
Federal Defender

(As authorized on 12/20/2011)

DATED: December 13, 2011    By    /s/ Samya Burney
                                  SAMYA BURNEY


**O R D E R**

IT IS SO ORDERED.

Dated:   December 22, 2011          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE