```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant U.S. Attorney
 3  ANDREW L. GRADMAN
    Special Assistant U.S. Attorney
 4  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 5  Fresno, California 93721
    Telephone (559) 497-4000
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  CASE NO. 1:11-cr-00382-GSA
                                  )
12              Plaintiff,        )
                                  )
13  v.                            )  MOTION AND ORDER FOR DISMISSAL
                                  )
14  GABRIEL OLMOS,                )
                                  )
15              Defendant.        )
                                  )
16  _____)
17
```

18      The United States of America, by and through Benjamin B. Wagner,
19  United States Attorney, and Andrew Gradman, Special Assistant United
20  States Attorney, hereby moves to dismiss the Information filed on
21  November 10, 2011, against Gabriel Olmos, in the interest of justice,
22  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

23  Dated: January 13, 2012            BENJAMIN B. WAGNER
                                       United States Attorney
24
25
                                 By :  /s/ Andrew L. Gradman
26                                     ANDREW L. GRADMAN
                                       Special Assistant U.S. Attorney
27
28

O R D E R

IT IS HEREBY ORDERED that the Information filed on November 10, 2011, against Gabriel Olmos, be Dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 17, 2012**                    **/s/ Barbara A. McAuliffe**
                                                 UNITED STATES MAGISTRATE JUDGE